NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MARC S. HARRIS (State Bar No. 136647)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:      (213) 613-4655
Facsimile:       (213) 613-4656
mharris@scheperkim.com

ATTORNEY(S) FOR: Big Sandy Rancheria Tobacco Dist., Movant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000.00, | | CASE NUMBER: <br> 2:15-cv-2886 |
| BIG SANDY RANCHERIA TOBACCO DISTRIBUTION, | Movant. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
| UNITED STATES OF AMERICA, | Respondent. | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     BIG SANDY RANCHERIA TOBACCO DISTRIBUTING, Movant
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BIG SANDY RANCHERIA OF MONO INDIANS | Movant is a wholly owned subdivision of this Party |

April 17, 2015
Date

/s/ Marc S. Harris
Signature

Attorney of record for (or name of party appearing in pro per):

Marc S. Harris

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES