**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
mharris@scheperkim.com

FREDERICKS PEEBLES & MORGAN LLP
DARCIE L. HOUCK (State Bar No. 196556)
2020 L Street, Suite 250
Sacramento, CA 95811
Telephone: (916) 441-2700
Facsimile: (916) 441-2067
dhouck@ndnlaw.com

*Attorneys for Movant Big Sandy Rancheria Tobacco Distribution*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000.00, <br><br> BIG SANDY RANCHERIA TOBACCO DISTRIBUTION, <br><br>             Movant, <br><br> UNITED STATES OF AMERICA, <br><br>             Respondent. | Case No. 2:15-cv-2886-CAS-JEM <br><br> **PROOF OF SERVICE OF CASE INITIATING DOCUMENTS ON UNITED STATES ATTORNEY'S OFFICE** |

PROOF OF SERVICE

| | | |
|---|---|---|
| MARK HARRIS, ESQ<br>SCHEPER KIM & HARRIS LLP<br>601 W. 5TH ST., 12TH FL.  LOS ANGELES, CA 90071<br>Attorney For:<br>TELEPHONE NO.: (213) 613-4655   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 312 NORTH SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF (name each):
DEFENDANT (name each):

CASE NUMBER: 2:15-CV-2886-CAS-JEM

**PROOF OF DELIVERY**

HEARING DATE:   TIME:   DEPT.:   Ref No. or File No.: 101-BIG SANDY

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES OF THE:**

See attachment page for document list.

NAME OF PARTY: JOHN GALATZAN C/O ASSISTANT U.S ATTORNEY

DELIVERED TO: GABRIELLA A - ASSISTANT

DATE & TIME OF DELIVERY: 04/21/2015   04:04 pm

ADDRESS, CITY, AND STATE:
312 NORTH SPRING ST, 14TH FLOOR
LOS ANGELES, CA 90012

MANNER OF SERVICE:
**Delivery to a Business:** Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011]

Fee for Service:
County: LOS ANGELES
Registration No.: 2015085803
ASAP Legal Solution
1607 James M. Wood Blvd.
Los Angeles, CA 90015
(213) 252-2000
Ref: 101-BIG SANDY

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 22, 2015.**

Signature: _____
ALEXANDER ROCHA

**PROOF OF HAND DELIVERY**   Order#: 32015370/DROPSERVE

ASAP Legal Solution
1607 James M. Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 252-2000   Fax: (213) 252-2003

Continued from Proof of Service

**CASE #:** 2:15-CV-2886-CAS-JEM                    **DATE:** April 22, 2015

**CASE NAME:** VS.

**NOTICE OF MOTION AND MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO FED. R. CR. PROC. 41(g); DECLARATION OF ROSS D. COLBURN; DECLARATION OF SUZANNE BALLUFF; DECLARATION OF ELIZABETH D. KIPP; DECLARATION OF SALLY EREDIA; DECLARATION OF HALLEY SMITH; DECLARATION OF DARCIE L. HOUCK (1); DECLARATION OF DARCIE L. HOUCK (2); CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; MOVANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY; [PROPOSED] ORDER GRANTING MOVANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY; 4-20-15 ECF EMAIL SETTING MOTION FOR RETURN OF SEIZED PROPERTY HEARING FOR 5-8-15; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**



ASAP
LEGAL SOLUTION
ATTORNEY SERVICES LLC