**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656
mharris@scheperkim.com

FREDERICKS PEEBLES & MORGAN LLP
DARCIE L. HOUCK (State Bar No. 196556)
2020 L Street, Suite 250
Sacramento, CA 95811
Telephone:  (916) 441-2700
Facsimile:  (916) 441-2067
dhouck@ndnlaw.com

*Attorneys for Movant Big Sandy Rancheria Tobacco Distribution*

```
FILED
CLERK, U.S. DISTRICT COURT

April 27, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:          PG       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000.00,<br><br>BIG SANDY RANCHERIA TOBACCO DISTRIBUTION,<br><br>Movant,<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:15-cv-2886<br><br>[~~XXXXXXXX~~] [PROPOSED] ORDER GRANTING MOVANT'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY |

[PROPOSED] ORDER GRANTING MOVANT'S *EX PARTE* APPLICATION

The *Ex Parte* Application filed Movant Big Sandy Rancheria Tobacco Distributing ("Movant") for an order shortening the time to respond to its Rule 41(g) Motion for Return of Seized Property was properly presented to this Court.

Upon consideration of Movant's Application and any Opposition thereto, the Court finds that, in the interests of justice, there is good cause to grant the Application.

Accordingly, the Rule 41(g) Motion shall be heard on May 18, 2015 at 10:00 am. Any Opposition to the Motion must be filed and served no later than __May 1__, 2015. Movant's Reply to any Opposition be filed and served no later than __May 8__, 2015

IT IS SO ORDERED.

Dated: __April 27__, 2015

*Christina A. Snyder*
United States District Judge

---

1
[PROPOSED] ORDER GRANTING MOVANT'S *EX PARTE* APPLICATION