# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG SANDY RANCHERIA TOBACCO DISTRIBUTION<br><br>PLAINTIFF(S)<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:15–cv–02886–CAS–JEM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 5/5/2015 | 15 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

A summons is not issued as to a Motion for Return of Seized Property

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

Date: May 6, 2015     By:  /s/ *Grace Kami*
                                      Deputy Clerk


**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**