**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIG SANDY RANCHERIA TOBACCO DISTRIBUTION<br><br>PLAINTIFF(S)<br>v.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV 15-02886 CAS (JEMx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry  have/has been corrected as indicated below.

Title of scanned document: Notice to Filer of Deficiencies in Request for Issuance of Summons

Filed date: 5/6/2015       Document Number(s): 16

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from  ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to  ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF  was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   The deficiency was issued in error. Clerk has issue the summons forthwith.


CLERK, U.S. DISTRICT COURT

Date: 5/7/2015                By: G. Kami                (213) 894-0747
                                 Deputy Clerk