**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656
mharris@scheperkim.com

FREDERICKS PEEBLES & MORGAN LLP
DARCIE L. HOUCK (State Bar No. 196556)
2020 L Street, Suite 250
Sacramento, CA 95811
Telephone:  (916) 441-2700
Facsimile:  (916) 441-2067
dhouck@ndnlaw.com

*Attorneys for Movant Big Sandy Rancheria Tobacco Distribution*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000.00, <br><br> BIG SANDY RANCHERIA TOBACCO DISTRIBUTION, <br><br> Movant, <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 2:15-cv-2886-CAS-JEM <br><br> **PROOF OF SERVICE OF CASE INITIATING DOCUMENTS ON UNITED STATES ATTORNEY'S OFFICE** |

PROOF OF SERVICE

| | | | FOR COURT USE ONLY |
|---|---|---|---|
| MARK S. HARRIS, ESQ<br>SCHEPER KIM & HARRIS LLP<br>601 W. 5TH ST., 12TH FL. LOS ANGELES, CA 90071<br>Attorney For: MOVANT | | | |
| TELEPHONE NO.: **(213) 613-4655** | FAX NO. *(Optional)*: | | |
| E-MAIL ADDRESS *(Optional)*: | | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: **312 N. SPRING STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **LOS ANGELES, CA 90012**
BRANCH NAME: **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

PLAINTIFF *(name each)*: IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000,000
DEFENDANT *(name each)*: BIG SANDY RANCHERIA TOBACCO DISTRIBUTION

CASE NUMBER:
**2:15-cv-2886**

| PROOF OF DELIVERY | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>**826-1** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES OF THE:**

See attachment page for document list.

NAME OF PARTY: **U.S ATTORNEY'S OFFICE C/O STEPHANIE YONEKURA**

DELIVERED TO: **MARTHA GONZALES - LEGAL ASSISTANT**

DATE & TIME OF DELIVERY: **05/08/2015**
**10:20 am**

ADDRESS, CITY, AND STATE: **312 N. SPRING STREET, 17TH FLOOR**

**LOS ANGELES, CA 90012**

MANNER OF SERVICE:
Delivery to a Business: Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011]

Fee for Service:
County: **LOS ANGELES**
Registration No.: **595**
ASAP Legal, LLC
1607 James M. Wood Blvd.
Los Angeles, CA 90015
(213) 252-2000
Ref: 826-1

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 8, 2015**.

Signature: *[signature]*
JUVENTINO GARCIA

**PROOF OF HAND DELIVERY**   Order#: 32015720/DROPSERVE

**ASAP Legal, LLC**
1607 James M. Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 252-2000   Fax: (213) 252-2003

## Continued from Proof of Service

**CASE #:** 2:15-cv-2886                                       **DATE:** May 8, 2015

**CASE NAME:** IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000,000 VS. BIG SANDY RANCHERIA TOBACCO DISTRIBUTION

**SUMMONS; NOTICE OF MOTION AND MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO FED. R. CR. PROC. 41 (g); DECLARATION OF ROSS D. COLBURN; DECLARATION OF SUZANNE BALLUFF; DECLARATION OF ELIZABETH D. KIPP; DECLARATION OF SALLY EREDIA; DECLARATION OF HALLEY SMITH; DECLARATION OF DARCIE L. HOUCK (1); DECLARATION OF DARCIE L. HOUCK (2); CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; MOVANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY; [PROPOSED] ORDER GRANTING MOVANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY; 4-20-15 ECF EMAIL SETTING MOTION FOR RETURN OF SEIZED PROPERTY HEARING FOR 5-8-15; NOTICE OF ASSIGNMENT UNITED STATED JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**



Order#: 32015720/DocAtt2010