1  SCHEPER KIM & HARRIS LLP
   Marc S. Harris (State Bar No. 136647)
2  601 West Fifth Street, 12th Floor
   Los Angeles, CA 90071-2025
3  Telephone: (213) 613-4655
   Facsimile: (213) 613-4656
4  mharris@scheperkim.com

5  FREDERICKS PEEBLES & MORGAN LLP
   Darcie L. Houck (State Bar No. 196556)
6  2020 L Street, Suite 250
   Sacramento, CA 95811
7  Telephone: (916) 441-2700
   Facsimile: (916) 441-2067
8  dhouck@ndnlaw.com

9  *Attorneys for Movant*

10                 **UNITED STATES DISTRICT COURT**
11                 **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
12

| | |
|---|---|
| 13 IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000.00, | Case No. 2:15-cv-2886-CAS-JEM |
| BIG SANDY RANCHERIA TOBACCO DISTRIBUTION, | **PROOF OF SERVICE ON CIVIL-PROCESS CLERK, UNITED STATES ATTORNEY'S OFFICE, CENTRAL DISTRICT OF CALIFORNIA** |
| Movant. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

PROOF OF SERVICE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On May 8, 2015, I served true copies of the document(s) listed on the attached **List Of Documents Served** on the interested parties in this action as follows:

> Civil-Process Clerk
> United States Attorney's Office
> Central District of California
> Federal Building
> 300 North Los Angeles Street, Room 7516
> Los Angeles, CA 90012

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Scheper Kim & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2015, at Los Angeles, California.

_____
Pamela Tanigawa

PROOF OF SERVICE

**LIST OF DOCUMENTS SERVED**

1.   SUMMONS:

2.   NOTICE OF MOTION AND MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO FED. R. CR. PROC. 41(g);

3.   DECLARATION OF ROSS D. COLBURN;

4.   DECLARATION OF SUZANNE BALLUFF;

5.   DECLARATION OF ELIZABETH D. KIPP;

6.   DECLARATION OF SALLY EREDIA;

7.   DECLARATION OF HALLEY SMITH;

8.   DECLARATION OF DARCIE L. HOUCK (1);

9.   DECLARATION OF DARCIE L. HOUCK (2);

10.  CIVIL COVER SHEET;

11.  CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

12.  MOVANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY;

13.  [PROPOSED] ORDER GRANTING MOVANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY;

14.  4-20-15 ECF Email Setting Motion FOR RETURN OF SEIZED PROPERTY Hearing for 5-8-15;

15.  NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; and

16.  NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM.