STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Respondent
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SEIZURE OF 365,380 EA (640 BOXES) OF CIGARETTES WORTH $568,000.00 <br><br> _____ <br><br> BIG SANDY RANCHERIA TOBACCO DISTRIBUTION, <br>              Movant, <br>              v. <br> UNITED STATES OF AMERICA, <br>              Respondent. | NO. CV 15-2886 CAS (JEMx) <br><br> STATUS REPORT RE: RETURN OF PROPERTY <br><br> Hearing Date: May 18, 2015 <br> Time: 10:00 a.m. <br> Courtroom: 5 |

## STATUS REPORT

Respondent United States of America (the "government" or the "United States") respectfully submits this status report re: the return of property as sought by movant Big Sandy Rancheria Tobacco Distribution ("movant") in this case.

On May 13, 2015, the undersigned counsel for the government informed counsel for movant that the United States Attorney's Office was not going to pursue forfeiture of the seized cigarettes at issue in this case. Government counsel informed movant's counsel orally and in writing that government counsel would seek to expedite the release or return of the seized cigarettes. Government counsel also asked movant's counsel to contact the Court and inform the Court of the status of the case and withdraw (or continue) its pending motion as the issue of the return had been resolved.

On May 14, 2015, government counsel contacted the United States Customs and Border Protection attorney assigned to this matter to request an expedited return of the seized cigarettes and an approximate date when the cigarettes could be released/returned.

//

//

Also on May 14, 2015, government counsel informed movant's counsel that this contact had been made. Movant's counsel informed government's counsel that movant did not wish to withdraw its motion without having received a date for release/return of the seized cigarettes. Government counsel informed movant's counsel that a date was requested, but that government counsel may not have an estimate by Monday, the date set for the hearing on this matter. Government counsel also informed movant's counsel that the government would be filing this status report so the Court would be aware that the government agreed to the return of the seized property.

Respectfully Submitted,

DATED: May 14, 2015

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Respondent
United States of America