UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV15-2886-CAS(JEMx) | Date | May 18, 2015 |
|---|---|---|---|
| Title | *IN RE 365,380 EA BOXES OF CIGARETTES WORTH $568,000.00 [BIG SANDY RANCHERIA TOBACCO DISTRIBUTIO v. UNITED STATES OF AMERICA]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Laura Elias |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Marc Harris | Jonathan Galatzan, AUSA |

**Proceedings:** MOVANT'S MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO FED.R.CR. PROC. 41(g) (Filed 04/17/15)[1][4]

Hearing held and counsel are present. The Court is in receipt of the parties' Status Report. Counsel inform the Court of the status of the case and the scheduled return of property, as stated in Court and on the record. Counsel are to contact the Courtroom Deputy Clerk with an update on May 21, 2015. If counsel need the Court's assistance, a Telephone Status Conference will be set on May 22, 2015.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |