UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV15-2886-CAS(JEMx) | Date | May 22, 2015 |
|---|---|---|---|
| Title | *IN RE 365,380 EA BOXES OF CIGARETTES WORTH $568,000.00 [BIG SANDY RANCHERIA TOBACCO DISTRIBUTION v. UNITED STATES OF AMERICA]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) - DISMISSAL

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about May 18, 2015 and that on May 21, 2015, return of seized property has been completed;

IT IS HEREBY ORDERED that this action is hereby dismissed forthwith. Movant's Motion for Return of Seized Property[1] is hereby MOOT.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |